# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company**

**Plaintiff,**

**Case No.: 8:20-cv-00862**

**v.**

**Chris and Shelley Arduini, Et Al.**

**Defendants.**

**_____________________________________________/**

# EXPERT REPORT

## Submitted by Melissa Davis, CPA, CIRA, CFE

## January 12, 2021

Kapila Mukamal

CPAs, Forensic and Insolvency Advisors

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company**

**Plaintiff,**

**Case No.: 8:20-cv-00862**

**v.**

**Chris and Shelley Arduini, Et Al.**

**Defendants.**
________________________________________/

# INDEX

## REPORT

## EXHIBITS


| | |
|---|---|
| **Documents Utilized** | **A** |
| **Other Disbursements Detail** | **B** |
| **Net Investor Losses** | **C** |
| **Payments to Insiders and Related Parties** | **D** |
| **False Profits Schedules** | **E** |


## QUALIFICATIONS


**Resume of Melissa Davis**
**Case Experience**


Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company**

**Plaintiff,** **Case No.: 8:20-cv-00862**

**v.**

**Chris and Shelley Arduini, Et Al.**

**Defendants.**
______________________________________/

# EXPERT REPORT

## I. OVERVIEW

On April 15, 2019, the Commodity Futures Trading Commission ("CFTC" or "Commission") filed an enforcement action against (1) defendants Oasis International Group, Limited ("OIG"); Oasis Management, LLC ("Oasis Management"); Michael J. DaCorta ("DaCorta"); Joseph S. Anile, II ("Anile"); Francisco "Frank" L. Duran ("Duran"); Satellite Holdings Company ("Satellite Holdings"); John J. Haas ("Haas"); and Raymond P. Montie, III ("Montie") (the "CFTC Defendants") and (2) relief defendants Mainstream Fund Services, Inc. ("Mainstream"); Bowling Green Capital Management, LLC ("Bowling Green"); Lagoon Investments, Inc. ("Lagoon"); Roar of the Lion Fitness, LLC ("Roar of the Lion"); 444 Gulf of Mexico Drive, LLC ("444 Gulf of Mexico"); 4064 Founders Club Drive, LLC ("4064 Founders Club"); 6922 Lacantera Circle, LLC ("6922 Lacantera"); 13318 Lost Key Place, LLC ("13318 Lost Key"); and

4Oaks, LLC ("4Oaks") (the "CFTC Relief Defendants"), collectively the "Receivership Defendants". [1]

The CFTC entered a temporary order appointing the Receiver, Burton W. Wiand on April 15, 2019. [2]

On August 8, 2019, defendant Anile pled guilty to three counts involving the Oasis scheme. The plea agreement contained the following admission:

> *"From at least as early as November 2011, through and including at least April 18, 2019…. the defendant and co-conspirators made false and fraudulent representations to victim investors and potential investors to persuade them to transmit their funds, via wire and mail, to entities and accounts controlled by conspirators to be traded in the foreign exchange market ("FOREX"). In fact, the defendant and co-conspirators used only a portion of the victim-investors' funds for FOREX trading, and the trading resulted in losses which conspirators concealed. They used the balance of the victim-investors' funds to make Ponzi-style payments, to perpetuate the scheme, and for their own personal enrichment."*[3]

On December 17, 2019, a federal grand jury returned a two-count indictment against defendant DaCorta, alleging conspiracy to commit wire and mail fraud as well as engaging in an illegal monetary transaction.[4]

On April 14, 2020, the Receiver filed the referenced action to recover false profit paid by the Oasis Entities to investors.[5] See **§IV**.

---

[1] Complaint filed on April 14, 2020 in case 8:20-CV-00862.
[2] Ibid.
[3] Complaint Exhibit C - Joseph S. Anile, II Plea Agreement dated August 8, 2019 pp 26-27.
[4] Complaint Exhibit D – Michael J. DaCorta Indictment dated December 17, 2019.
[5] The Oasis Entities are Oasis International Group, Limited, Oasis Management, LLC, and Satellite Holding Company.



Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

The Receiver retained KapilaMukamal, LLP as his forensic accountants. In the sections that follow, Melissa Davis ("Davis") and KapilaMukamal (collectively "KM") set forth certain opinions about the Receivership Defendants. KM's opinions are based on an analysis of the documents enumerated at **Exhibit A** as of the date of this report. Additional documents and information may be made available or reviewed, and certain facts currently not available may come to light, which may impact the conclusions and opinions reflected herein.

This report was prepared solely for use in this matter. The information and conclusions reached should not be relied upon by any other person nor should any statement in this report be used for any other purpose without written consent from KM or without written consent from the Receiver.

## II. SCOPE

The Receiver has asked KM to opine on:

a. Whether or not the scheme operated by the Oasis Entities had attributes of a Ponzi scheme;

b. The amount of funds invested into the scheme;

c. The amount of funds lost by investors in the scheme;

d. Whether or not the revenue generated from forex trading was sufficient for the Oasis Entities to pay investors the promised returns;

e. The False Profits[6] paid by the Oasis Entities to the following individuals:

1. Betsy Doolin
2. Bradley and Carrie Kantor
3. David Wilkerson
4. Elizabeth McMahon
5. Joseph Martini, Jr
6. Joseph Martini, Sr.
7. Offer Attia
8. Timothy Hunte d/b/a KAATT Distribution

## III. OPINIONS

KM's opinions are as follows:

a. From November 2011 to approximately April 2019, the scheme operated by the Oasis Entities had the attributes of a Ponzi scheme;

b. The total funds the Oasis Entities raised from investors was approximately $83.8 million;

c. The amount of funds lost by investors was at least $53.4 million;[7]

d. The revenue generated from forex trading was insufficient for the Oasis Entities to pay the promised returns to investors;

e. The False Profits paid by the Oasis Entities to the following individuals were:

[6] Investors that received more from the Oasis Entities than they invested received "False Profits". This is calculated as the difference in the amount invested and the amount returned to the investor.
[7] This amount is on a combined basis and includes false profits paid to certain investors.

| Investor | | False Profits Paid |
|---|---|---|
| 1. | Betsy Doolin | $ 19,913.04 |
| 2. | Bradley and Carrie Kantor | 23,111.80 |
| 3. | David Wilkerson | 15,631.78 |
| 4. | Elizabeth McMahon | 140,000.00 |
| 5. | Joseph Martini, Jr | 200,000.00 |
| 6. | Joseph Martini, Sr | 497,500.00 |
| 7. | Offer Attia | 14,247.29 |
| 8. | Timothy Hunte DBA KATT Distribution | $ 52,226.68 |

## IV. OASIS ENTITIES BACKGROUND

**Oasis International Group ("OIG")**

Oasis International Group, Limited is a corporation formed in the Cayman Islands by DaCorta, Anile, and Montie, who were OIG's members. OIG acted as a commodity pool operator by soliciting, receiving, and accepting funds purportedly for trading by Oasis Global FX, Limited and Oasis Global FX, SA ("Oasis Pools)."[8]

**Oasis Management, LLC ("Oasis Management")**

Oasis Management, LLC is a Wyoming limited liability corporation formed in November 2011. Oasis Management acted as a commodity pool operator for the Oasis Pools by accepting and receiving funds from pool participants.[9]

[8] Complaint ¶88
[9] Id ¶90



Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

**Satellite Holdings Company (“Satellite”)**

Satellite Holdings Company is a South Dakota corporation formed in October 2014. The company acted as a commodity pool operator by soliciting, receiving, and accepting funds from pool participants for investment in the Oasis Pools.[10] OIG, Oasis Management and Satellite are collectively referred to as the “Oasis Entities”.

**Relief Defendant Mainstream Fund Services, Inc (“Mainstream”)**

The Oasis Entities utilized Mainstream as a fund administrator. Mainstream provided cash management and other services to the Oasis Entities. Mainstream controlled five bank accounts in the name of the Oasis Entities and operated on behalf of the Oasis Entities.

**The Oasis Scheme**

The Oasis Entities acted as commodity pool operators by soliciting, receiving, and accepting funds purportedly for trading in forex.[11] Among other things, OIG, Oasis Management, and Satellite Holdings shared the same office and employees, commingled funds, and operated under one overarching name, “Oasis.” Additionally, DaCorta and/or Anile owned and controlled OIG, Oasis Management, and the Oasis Pools. Haas owned and controlled Satellite Holdings, but also worked for OIG.[12]

[10] Id ¶98
[11] Complaint for Injunctive Relief filed by the CFTC on April 15, 2019 (“CFTC Complaint”).
[12] Complaint ¶105

The Oasis Entities operated one common website. According to this website, Oasis:

> *"provides an array of asset management and advisory services, including corporate finance and investment banking . . . investment sales/trading and clearing services . . . financial product development, and alternative investment products."*

Investors were able to use the website to view their purported account balances.[13]

The Oasis Entities offered the sale of securities in the form of partnership interests and promissory notes to investors. Investors were guaranteed an annual rate of return of 12%.[14] The Oasis Entities represented to investors that their money would be used to trade forex contracts and to generate spread income by matching trades. Investors were guaranteed that the Oasis Pools would earn substantial income and would not lose money using this investment strategy.[15] The investors were also told that their investments were secured by $15-$16 million in real estate investments.[16]

The following chart demonstrates the how the investors funds were supposed to flow as part of the scheme:

---

[13] Id ¶106
[14] Id ¶110
[15] Id.
[16] Id.

***Chart 1***

***Oasis Entities' Alleged Investment Model***




Only a portion of the investor funds were used for forex trading activity. See additional discussion at **§ VI B**.

## V. METHODOLOGY

### A. Bank Account Reconstructions

To determine the nature of the transactions of the Oasis Entities, KM prepared a detailed reconstruction of the funds received and disbursed in the Oasis



Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

Entities' financial accounts ("Bank Reconstruction") during the period November 22, 2011 through April 15, 2019, the date the Receiver was appointed ("Relevant Time Period").[17] The Bank Reconstruction encompassed 10 accounts and over 11,000 transactions. [18]

The Bank Reconstruction is a database of the details of each transaction (receipts and disbursements) that occurred in the Oasis Entities' bank accounts and includes the following fields of information for each transaction:

a. Bank account number reference;
b. Transaction date;
c. Transaction type;
d. Transaction amount;
e. Payee/recipient; and
f. Ending balance.

In conducting the analysis, KM utilized Actionable Intelligence Technologies Inc.'s Comprehensive Financial Investigative Solution ("CFIS"), which is a computer software company that converts bank statements from financial institutions into searchable databases ("CFIS Databases"). The CFTC also

[17] The Bank Reconstruction includes activity through June 12, 2019 to encompass the frozen account balances transferred to the Receiver.
[18] KM also reconstructed the activity for certain Relief Defendants and related parties. This reconstruction encompassed 16 accounts with over 15,000 transactions. See **§ VI D** for additional details.

provided KM with CFIS Databases that had been partially populated with data. KM verified the information on a test basis.

KM used the data from the CFIS Databases to populate the transactions in the Bank Reconstructions in chronological order. KM verified that the data from the CFIS Databases matched the transactions listed in the bank statements by reconciling the following items on a monthly basis:

a. Beginning bank account balance;
b. Total credits/receipts;
c. Total debits/disbursements; and
d. Ending bank account balance.

Where the CFIS Databases did not include a payee/recipient for each transaction, KM populated the payee/recipient information in the bank reconstruction using the bank statement support which included:

a. Canceled checks;
b. Deposit slips and copies of checks deposited; and
c. Wire transfer support.

KM assigned each transaction in the Bank Reconstruction to a category for purposes of analyzing and summarizing the data. KM aggregated the



Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

transactions in the Bank Reconstruction by category to prepare summaries of the activity in the Oasis Entities' bank accounts.

## VI. ANALYSIS

### A. Ponzi Scheme Defined

The Securities and Exchange Commission ("SEC") defines a Ponzi scheme as follows:[19]

> *"A Ponzi scheme is an investment fraud that pays existing investors with funds collected from new investors…Ponzi scheme organizers often promise high returns with little or no risk. Instead, they use money from new investors to pay earlier investors and may steal some of the money for themselves. With little or no legitimate earnings, Ponzi schemes require a constant flow of new money to survive. When it becomes hard to recruit new investors, or when large numbers of existing investors cash out, these schemes tend to collapse."*

*The Association of Certified Fraud Examiners - Fraud Examiner's Manual - 2020 International Edition* defines a Ponzi scheme as follows:

> *"A Ponzi is generally defined as an illegal business practice in which new investors' money is used to make payments to earlier investors. The investment opportunity is typically presented with the promise of uncommonly high returns. Everyone involved in promoting the scheme pretends to represent a legitimate organization, but little or no commercial activity takes place…money paid to Ponzi investors is described as income but is actually distribution of capital. Instead of receiving investment profits, investors receive cash reserves."*[20]

Ponzi schemes share certain common characteristics:

- The purported business underlying the investment scheme depends on the inflow of external investor money;

[19] http://www.sec.gov/answers/ponzi.htm
[20] Association of Certified Fraud Examiners, Fraud Examiners Manual 2020 International Edition, Financial Transactions & Fraud Schemes, Consumer Fraud, Ponzi and Pyramid Schemes, 1.1336

- The investor money is not used according to the stated business purpose. Instead, the investor money is used to pay returns to earlier investors, often fund the perpetrator's lifestyle, or used for some other illegitimate purpose;
- The purported business enterprise underlying the scheme lacks sufficient profit to provide the returns and, therefore, depends on a continually increasing inflow of new investor money, and
- Ponzi schemes often involve a charismatic and confident central promoter who successfully swindles investors.

## B. <u>Ponzi Analysis</u>

*<u>The Oasis Entities' Investment Scheme</u>*

The Oasis Entities' investment scheme was premised on selling limited partnership interests to investors or borrowing funds from investors to invest in the foreign exchange market. Investors were guaranteed an annual rate of return of 12%. The promissory notes stated:

> *"Any unpaid Loan Amount due hereunder shall receive the greater of (a) interest calculated at the rate of twelve percent (12.00%) per annum, or (b) twenty-five percent (25.00%) of the Transaction Fees, provided, that upon the occurrence of an Event of Default, the unpaid Loan Amount hereof shall bear interest at the maximum rate of interest permitted by the law of the jurisdiction of the Payee from the date of such Event of Default until the default is cured.".*[21]

Oasis investors were lured to the scheme and were told that Oasis did not lose money in the forex trading activity.[22] Oasis investors were also told that the

---

[21] Sample promissory note dated August 2, 2018.
[22] Declaration of Elisa Robinson ¶37.

Oasis Entities earned 22% returns in 2017 and 21% returns in 2018 and that funds were used only to trade forex.[23]

*Bank Reconstruction*

The Oasis Entities Bank Reconstruction is summarized in ***Table 1***.

***Table 1 - Oasis Entities Bank Reconstruction Sources and Uses of Cash*** [24]

| Type | Sources | % | Uses | % | Net |
|---|---|---|---|---|---|
| Investor | 83,795,457 | 95% | 30,364,607 | 38% | 53,430,850 |
| Fundadministration / Mainstream | 689,785 | 1% | 420,893 | 1% | 268,892 |
| Credit Card | - | 0% | 95,475 | 0% | (95,475) |
| Automobile | - | 0% | 101,464 | 0% | (101,464) |
| Professional Fees | 155,000 | 0% | 337,381 | 0% | (182,381) |
| Belize Registration Expense | - | 0% | 502,500 | 1% | (502,500) |
| Sarasota Rare Coin Gallery | - | 0% | 615,116 | 1% | (615,116) |
| Oasis Management - CitiBank | - | 0% | 1,119,000 | 1% | (1,119,000) |
| Employee / Trader | 823,661 | 1% | 2,476,565 | 3% | (1,652,904) |
| Other (**Exhibit B**) | 757,669 | 1% | 4,244,116 | 5% | (3,486,447) |
| Real Estate | - | 0% | 5,914,478 | 7% | (5,914,478) |
| Insiders / Related Parties | 1,942,750 | 2% | 11,403,263 | 14% | (9,460,513) |
| Transfers to/from Trading Accounts | 60,000 | 0% | 22,394,385 | 28% | (22,334,385) |
| **Total** | **$ 88,224,322** | | **$ 79,989,243** | | **$ 8,235,079** |
| Beginning Balance | $ - | | $ - | | $ - |
| Returned Funds | 940,709 | | 940,709 | | - |
| Intercompany Transfers | 29,885,470 | | 29,885,470 | | - |
| Transfer to Receiver | | | 8,235,079 | | (8,235,079) |
| **Net Remaining Balance** | | | | | **$ 0** |

The Oasis Entities had incoming funds of $88,224,322, of which $83,795,457 (95%) were from Investors, $1,942,750 (2%) were from insiders and related parties, $823,661 (1%) was from employees and traders, and $757,669 (1%) was from other parties. Less than 1%, or $60,000, of funds received by the Oasis Entities related to trading activity.

[23] Id. ¶38
[24] See ***Exhibit B*** for additional details on "other" activity.



Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

_Trading Accounts_

The Oasis Entities began to collect funds from investors in November 2011. In September 2013, Oasis established forex trading accounts with CFH Clearing. These accounts were closed in August 2015. In June 2015, Oasis established forex trading accounts at ATC Brokers. The CFH and the ATC Broker accounts were used by Oasis to conduct highly leveraged forex trading ("Trading Accounts"). The ATC Broker accounts remained opened until the Receiver was appointed, and the accounts were frozen in April 2019. ***Table 2*** is a summary of the activity in the Trading Accounts.

***Table 2 - Trading Account Activity Summary***

| Activity Type | CFH Clearing | ATC Brokers | Total Amount |
|---|---|---|---|
| Beginning Balance | $ - | $ - | $ - |
| Deposits from Oasis | 969,701 | 20,425,000 | 21,394,701 |
| Deposits from Unknown Account | | 349,832 | 349,832 |
| Adjustment | (5,052) | 23,866 | 18,814 |
| Brokerage fees | (1,500) | (4,541,606) | (4,543,106) |
| Realized Gain (Loss) | (843,937) | (15,316,173) | (16,160,110) |
| Transfer to Oasis Entities | (60,000) | | (60,000) |
| Transfer to Unknown Account | (59,212) | - | (59,212) |
| **Ending Balance as of November 27, 2018 (Note 1)** | **$ -** | **$ 940,919** | **$ 940,919** |

**Note 1)** The last statements provided for the ATC Broker accounts was as of November 27, 2018. From the period November 28, 2018 through March 5, 2019, the Oasis Entities transferred an additional $1,000,000 to the ATC Brokers account and the account balance increased by $64,449. Per the Receiver's first interim report filed on June 14, 2019, the ATC Broker account was frozen on April 18, 2019 with $2,005,368 in the account.



Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

As demonstrated in ***Table 2***, the forex trading activity resulted in losses exceeding $16 million or 78% of the original amount invested in the Trading Accounts.[25]

*<u>Oasis Scheme Ponzi Attributes</u>*

During the Relevant Period, the Oasis Entities raised approximately $83.8 million from at least 950 investors. Although approximately $83.8 million was raised from investors, only $22.4 million[26] or 27%, was actually invested in forex trading which only resulted in losses and did not generate the returns necessary to pay the promised investor returns. Instead, as is consistent with all Ponzi schemes, new investor funds were used to pay earlier investors and money was also funneled out of the scheme for the benefit of insiders.

As summarized in **Table 1** above, 95% of the funds deposited into the Oasis Entities' bank accounts were from investors. The activity in the Trading Accounts did not generate any meaningful source income for the Oasis Entities and there was no other meaningful source of income from which to pay investors. The only meaningful source of funds to the Oasis Entities was funds from investors. Given that only a fraction (27%) of the investor funds were used for forex trading and the trading resulted in massive losses, the scheme had attributes of a Ponzi scheme which indicate there were

[25] The loss percentage as of November 27, 2018 is calculated as cumulative losses of $16.1 million as a percentage of deposits into the Trading Accounts of $21,744,533 reduced by withdrawals and the ending balance in the account as of November 27, 2018.

[26] Comprised of $21.4 million in Table 2 and the additional $1 million discussed in Note 1 of Table 2.

insignificant legitimate business operations and the investment scheme served the primary purpose of benefiting insiders. The Oasis Entities demonstrated the following characteristics indicative of a Ponzi Scheme:

- The Oasis Entities were dependent on continued infusion of outside investor money;
- The investor money was not used for the stated purpose;
- The investor money was used to pay the returns promised to earlier investors; and
- The business enterprise did not generate sufficient profits to pay the promised returns to investors.

***Chart 2*** shows the actual flow of funds under the Oasis Entities Ponzi scheme.



## C. Investor Loss

Total funds collected from investors was approximately $83.8 million, total funds paid to investors was approximately $30.4 million[27] resulting in net investor loss of at least $53.4 million.[28] (**Exhibit C**) As enumerated in the preceding sections, the funds disbursed by the Oasis Entities to investors far exceeded any identifiable sources of revenue generated by the entities. Therefore, the Oasis Entities lacked funds to repay investors and consequently depended on funds from new investors to repay earlier investors.

## D. Insider and Related Party Transactions

The Oasis Entities disbursed $11.4 million to insiders and related parties and received $1.9 million from insiders and related parties, resulting in net funds paid to insiders and related parties of approximately $9.5 million. These disbursements further depleted the funds available to repay investors. The related parties include Relief Defendants and relatives of the insiders. **Exhibit D** lists the amounts received from and paid to each insider and related party.

[27] In addition to the payments made from the Oasis Entities' bank accounts, there was $178,843 in payments to investors made directly from Mainstream's operating accounts which were not in the name of the Oasis Entities and are not included in the calculation of investor losses.
[28] This analysis is presented on an aggregate basis. Actual losses incurred by individual investors may exceed $53.4 million since some investors received more from the scheme than they invested.

KM analyzed and reconstructed the activity in the bank accounts for the following entities ("Related Entities' Bank Reconstruction"): 13318 Lost Key Place LLC, 4064 Founders Club Drive LLC, 444 Gulf of Mexico Drive LLC, 4Oaks LLC, 6922 Lacantera Circle, LLC, Bowling Green Capital Corp, Full Spectrum Wellness LLC, Roar of the Lion Fitness, LLC, RPM 7, LLC, Lagoon Investments, Inc. collectively known as "Related Entities".

Based on the Related Entities Bank Reconstruction, the funds transferred from the Oasis Entities to the Related Entities were used to pay personal expenses of the insiders and a portion of the funds were transferred to the insiders directly. These personal expenses include credit card payments, automobile expenses, meals and entertainment, travel, insurance, and school tuition. The Related Entities also used the funds from the Oasis Entities to maintain various real estate properties.

## VII. NET WINNERS

Some investors received transfers from the Oasis Entities of purported trading profits, principal redemptions, and/or referral fees in an amount that exceeded the amount they invested. Schedules of the false profits are attached as **Composite Exhibit E**.

## VIII. BASIS OF OPINIONS

KM's opinions are based on the documents reviewed and enumerated at **Exhibit A**, and Melissa Davis' expertise and experience as a Certified Public Accountant, Certified Insolvency and Restructuring Advisor, Certified Fraud Examiner and practitioner addressing fraud investigations, solvency/insolvency and restructuring issues for over 15 years.

## IX. COMPENSATION

Davis' current billing rate for this matter is $450 per hour. The billing rates of the other members of KM that worked on this engagement range from $127 to $475 per hour. KM's compensation is subject to Receiver and Court approval.

* * * *

KM and Davis reserve the opportunity to revise the opinions and Expert Report based on additional information that may become available in the future. KM and Davis also reserve the right to prepare charts and other demonstratives.

Dated: January 12, 2021

BY: [signature]

Melissa Davis, CPA, CIRA, CFE
KapilaMukamal
1000 S. Federal Highway
Suite 200
Fort Lauderdale, FL 33316
(954) 761-1011
mdavis@kapilamukamal.com

# Exhibit A

**Exhibit A**

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**

## Documents Utilized

| No. | Document Description |
|---|---|
| 1 | Complaint filed on April 14, 2020 in case 8:20-CV-00862 |
| 2 | Joseph S. Anile, II Plea Agreement dated August 8, 2019 |
| 3 | Michael J. DaCorta Indictment dated December 17, 2019 |
| 4 | Complaint for Injunctive Relief filed by the CFTC on April 15, 2019 |
| 5 | http://www.sec.gov/answers/ponzi.htm |
| 6 | Association of Certified Fraud Examiners, Fraud Examiners Manual 2020 International Edition |
| 7 | Investor Promissory Notes |
| 8 | Declaration of Elisa Robinson and related exhibits |
| 9 | Bank Records for CFTC Defendants and Relief Defendants |
| 10 | ATC Brokers Account Statements |
| 11 | CFH Clearing Account Statements |
| 12 | The Receiver's First Interim Report dated June 14, 2019 |
| 13 | KAATT Distributions Proof of Claim Form |
| 14 | The Receiver's Sixth Interim Report dated November 20, 2020 |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

# Exhibit B

**Exhibit B**

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**

## Oasis Entities Bank Reconstruction
## Other Activity
## Details for Net Disbursements over $10,000
## For the Period From November 22, 2011 through June 12, 2019

**Source:** Consolidated bank reconstruction for Oasis Entities

| Payee | Sources | Uses | Net |
|---|---|---|---|
| Citibusiness Transfer | $ - | $ 503,777 | $ (503,777) |
| AMPM Facility Services Corporation | 500,000 | 500,000 | - |
| The Ritz Carlton | - | 320,751 | (320,751) |
| Swan Partners, Inc. | - | 265,000 | (265,000) |
| Capital Security Bank | - | 252,340 | (252,340) |
| Cactus Capital LLC | - | 208,561 | (208,561) |
| Steinfeld, Allen & Loreen | - | 160,500 | (160,500) |
| Altair Financial Corp | - | 112,000 | (112,000) |
| North Channel Bank GMBH | - | 100,000 | (100,000) |
| Waldman, Larry | - | 100,000 | (100,000) |
| Health First Technologies Inc | - | 90,240 | (90,240) |
| Unity Jets LLC | - | 84,312 | (84,312) |
| HP Ingredients Corp | - | 78,443 | (78,443) |
| Green Bubble Services LLC | - | 67,500 | (67,500) |
| Bank of America, N.A. | - | 64,315 | (64,315) |
| Makers Nutrition | - | 59,716 | (59,716) |
| Citi Bank | - | 55,000 | (55,000) |
| Summit Cyber Solution Inc. | - | 50,375 | (50,375) |
| Commonwealth Network Marketing Corp | - | 49,575 | (49,575) |
| Bank Fee | 500 | 46,906 | (46,406) |
| Judge, Matthew | - | 35,590 | (35,590) |
| AT&T | - | 34,011 | (34,011) |
| Longboat Key Club | - | 32,100 | (32,100) |
| Community Medical Solutions LLC | - | 30,000 | (30,000) |
| Rockey's Fence Company | - | 29,000 | (29,000) |
| Pnbpus3Nnyc | - | 25,000 | (25,000) |
| 1-800 Company | - | 24,995 | (24,995) |
| Envision Music, Inc. | - | 22,600 | (22,600) |
| Neubauer, Mark | - | 20,000 | (20,000) |
| Further Investigation Required | 128 | 19,470 | (19,342) |
| IS Telecom LLC | - | 18,562 | (18,562) |
| Jupiter Medical Center Foundation | - | 17,500 | (17,500) |
| Streamline Financial LLC | - | 17,500 | (17,500) |
| West Florida Insurance Agency | - | 17,133 | (17,133) |
| Student Portal | - | 17,025 | (17,025) |
| Vintage Property Management LLC | 9,821 | 15,607 | (5,786) |

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

**Exhibit B**

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**

## Oasis Entities Bank Reconstruction
## Other Activity
## Details for Net Disbursements over $10,000
## For the Period From November 22, 2011 through June 12, 2019

**Source:** Consolidated bank reconstruction for Oasis Entities

| Payee | Sources | Uses | Net |
|---|---|---|---|
| Immounotec Inc | - | 14,042 | (14,042) |
| Adrian's Lawn Service | - | 14,019 | (14,019) |
| Jacobs, Ashley | - | 14,000 | (14,000) |
| Acquafondata, Robert and Julie | - | 13,500 | (13,500) |
| Western Union | - | 13,100 | (13,100) |
| RU Holding Corp dba Rucon | - | 13,000 | (13,000) |
| Furniture Warehouse | - | 12,233 | (12,233) |
| Iksentrik LLC | - | 11,410 | (11,410) |
| GW3 Consulting | - | 11,400 | (11,400) |
| Lakewood National Golf Club, Inc | - | 11,014 | (11,014) |
| Firkins | - | 10,821 | (10,821) |
| Travel Art II | - | 10,700 | (10,700) |
| Lake Club Investors, LLC | 10,000 | 10,000 | - |
| *Other transactions totaling less than $10,000* | *237,221* | *539,474* | *(302,253)* |
| | **$ 757,669** | **$ 4,244,116** | **$ (3,486,447)** |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

# Exhibit C

Exhibit C

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**

## Net Investor Losses
## For the Period From November 22, 2011 through June 12, 2019

**Source:** Consolidated bank reconstruction

| Month | Receipts from Investors Per Month | Disbursements to Investors Per Month | Net Investor Loss (Note 1) | Cumulative Net Investor Loss (Note 1) |
|---|---|---|---|---|
| November-11 | $ 10,000 | $ - | $ (10,000) | $ (10,000) |
| December-11 | 31,000 | - | (31,000) | (41,000) |
| January-12 | 96,000 | - | (96,000) | (137,000) |
| February-12 | 99,000 | 11,576 | (87,424) | (224,424) |
| March-12 | 151,000 | 6,540 | (144,461) | (368,885) |
| April-12 | 127,500 | 22,091 | (105,409) | (474,294) |
| May-12 | 851,816 | 81,466 | (770,350) | (1,244,644) |
| June-12 | 255,248 | 46,104 | (209,145) | (1,453,789) |
| July-12 | 351,353 | 157,453 | (193,900) | (1,647,689) |
| August-12 | 378,096 | 319,064 | (59,032) | (1,706,721) |
| September-12 | 166,500 | 133,370 | (33,130) | (1,739,850) |
| October-12 | 85,400 | 45,163 | (40,237) | (1,780,088) |
| November-12 | 181,800 | 58,609 | (123,191) | (1,903,279) |
| December-12 | 7,500 | 127,840 | 120,340 | (1,782,938) |
| January-13 | 309,033 | 93,183 | (215,850) | (1,998,788) |
| February-13 | 159,600 | 162,649 | 3,049 | (1,995,739) |
| March-13 | 20,000 | 90,616 | 70,616 | (1,925,122) |
| April-13 | 400 | 88,986 | 88,586 | (1,836,537) |
| May-13 | 25,000 | 132,866 | 107,866 | (1,728,670) |
| June-13 | - | 81,742 | 81,742 | (1,646,928) |
| July-13 | 450,000 | 64,186 | (385,814) | (2,032,742) |
| August-13 | - | 94,488 | 94,488 | (1,938,254) |
| September-13 | 234,945 | 57,031 | (177,914) | (2,116,168) |
| October-13 | 79,970 | 35,328 | (44,642) | (2,160,810) |
| November-13 | 110,000 | 23,813 | (86,187) | (2,246,998) |
| December-13 | 50,000 | 84,488 | 34,488 | (2,212,509) |
| January-14 | 146,000 | 181,376 | 35,376 | (2,177,134) |
| February-14 | 235,000 | 40,626 | (194,374) | (2,371,507) |
| March-14 | 10,000 | 53,825 | 43,825 | (2,327,682) |
| April-14 | 218,000 | 141,373 | (76,627) | (2,404,309) |
| May-14 | 425,000 | 120,385 | (304,615) | (2,708,924) |
| June-14 | 305,035 | 75,713 | (229,322) | (2,938,246) |
| July-14 | 110,000 | 100,306 | (9,694) | (2,947,940) |
| August-14 | 79,433 | 33,326 | (46,107) | (2,994,046) |
| September-14 | 267,500 | 36,581 | (230,919) | (3,224,965) |
| October-14 | 125,000 | 127,923 | 2,923 | (3,222,042) |
| November-14 | 150,000 | 15,739 | (134,261) | (3,356,303) |
| December-14 | 393,080 | 107,180 | (285,900) | (3,642,204) |
| January-15 | 163,000 | 143,660 | (19,340) | (3,661,544) |

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

**Exhibit C**

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**

## Net Investor Losses
## For the Period From November 22, 2011 through June 12, 2019

**Source:** Consolidated bank reconstruction

| Month | Receipts from Investors Per Month | Disbursements to Investors Per Month | Net Investor Loss (Note 1) | Cumulative Net Investor Loss (Note 1) |
|---|---|---|---|---|
| February-15 | 118,426 | 50,006 | (68,420) | (3,729,964) |
| March-15 | 50,200 | 76,108 | 25,908 | (3,704,056) |
| April-15 | 42,300 | 96,743 | 54,443 | (3,649,612) |
| May-15 | 100,500 | 63,389 | (37,111) | (3,686,724) |
| June-15 | 313,329 | 58,881 | (254,447) | (3,941,171) |
| July-15 | 154,000 | 109,084 | (44,916) | (3,986,087) |
| August-15 | 156,000 | 134,018 | (21,982) | (4,008,069) |
| September-15 | 257,275 | 109,070 | (148,205) | (4,156,274) |
| October-15 | 144,989 | 204,679 | 59,690 | (4,096,584) |
| November-15 | 437,116 | 210,392 | (226,723) | (4,323,307) |
| December-15 | 212,542 | 123,877 | (88,665) | (4,411,972) |
| January-16 | 717,870 | 197,244 | (520,626) | (4,932,597) |
| February-16 | 1,285,804 | 90,872 | (1,194,931) | (6,127,528) |
| March-16 | 529,090 | 279,379 | (249,711) | (6,377,240) |
| April-16 | 1,241,620 | 334,327 | (907,293) | (7,284,533) |
| May-16 | 715,075 | 142,848 | (572,227) | (7,856,760) |
| June-16 | 150,542 | 609,214 | 458,672 | (7,398,088) |
| July-16 | 31,000 | 190,778 | 159,778 | (7,238,310) |
| August-16 | 841,093 | 118,029 | (723,064) | (7,961,374) |
| September-16 | 247,000 | 198,047 | (48,953) | (8,010,327) |
| October-16 | 199,500 | 225,291 | 25,791 | (7,984,535) |
| November-16 | 922,669 | 60,077 | (862,592) | (8,847,127) |
| December-16 | 84,475 | 208,439 | 123,964 | (8,723,163) |
| January-17 | 669,900 | 459,491 | (210,409) | (8,933,572) |
| February-17 | 598,657 | 544,630 | (54,027) | (8,987,598) |
| March-17 | 1,894,042 | 161,763 | (1,732,278) | (10,719,876) |
| April-17 | 38,000 | 200,780 | 162,780 | (10,557,097) |
| May-17 | 1,011,283 | 190,601 | (820,682) | (11,377,779) |
| June-17 | 1,234,530 | 185,300 | (1,049,230) | (12,427,009) |
| July-17 | 2,098,000 | 319,197 | (1,778,803) | (14,205,812) |
| August-17 | 3,128,000 | 272,121 | (2,855,879) | (17,061,691) |
| September-17 | 4,786,720 | 232,947 | (4,553,773) | (21,615,464) |
| October-17 | 1,383,120 | 237,145 | (1,145,975) | (22,761,439) |
| November-17 | 880,890 | 300,057 | (580,833) | (23,342,271) |
| December-17 | 2,334,515 | 908,191 | (1,426,324) | (24,768,595) |
| January-18 | 4,835,670 | 674,784 | (4,160,886) | (28,929,481) |
| February-18 | 2,337,834 | 1,321,592 | (1,016,242) | (29,945,724) |
| March-18 | 3,165,883 | 318,025 | (2,847,858) | (32,793,582) |
| April-18 | 2,974,393 | 877,027 | (2,097,366) | (34,890,947) |

**Exhibit C**

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**

## Net Investor Losses
## For the Period From November 22, 2011 through June 12, 2019

**Source:** Consolidated bank reconstruction

| Month | Receipts from Investors Per Month | Disbursements to Investors Per Month | Net Investor Loss (Note 1) | Cumulative Net Investor Loss (Note 1) |
|---|---|---|---|---|
| May-18 | 2,009,393 | 3,715,031 | 1,705,637 | (33,185,310) |
| June-18 | 4,350,676 | 1,620,347 | (2,730,329) | (35,915,639) |
| July-18 | 1,861,912 | 1,936,189 | 74,278 | (35,841,362) |
| August-18 | 2,466,582 | 679,418 | (1,787,164) | (37,628,526) |
| September-18 | 2,773,688 | 656,075 | (2,117,613) | (39,746,138) |
| October-18 | 3,334,150 | 761,285 | (2,572,865) | (42,319,003) |
| November-18 | 5,268,285 | 784,771 | (4,483,515) | (46,802,518) |
| December-18 | 2,557,108 | 762,917 | (1,794,191) | (48,596,709) |
| January-19 | 3,737,797 | 1,592,512 | (2,145,285) | (50,741,994) |
| February-19 | 2,518,191 | 684,216 | (1,833,975) | (52,575,969) |
| March-19 | 2,339,076 | 1,375,535 | (963,540) | (53,539,509) |
| April-19 | 1,396,541 | 1,505,200 | 108,659 | (53,430,850) |
| | | | - | |
| | **$ 83,795,457** | **$ 30,364,607** | **$ (53,430,850)** | **$ (53,430,850)** |

**Note 1)** This analysis is presented on an aggregate basis. Actual losses incurred by individual investors may exceed $53,430,850 since some investors received more from the scheme than they invested.

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

# Exhibit D

**Exhibit D**

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**

## Payments to Insiders and Related Parties
## For the Period From November 22, 2011 through June 12, 2019

**Source:** Consolidated bank reconstruction

| Payee | Note | Receipts | Disbursements | Net Funds |
|---|---|---|---|---|
| Bowling Green Capital Corp | 1 | $ - | $ 2,374,190 | $ (2,374,190) |
| Haas, John | | 62,926 | 1,166,523 | (1,103,597) |
| Oasis Global FX Limited | 2 | - | 1,012,100 | (1,012,100) |
| 444 Gulf of Mexico Drive LLC | 3 | - | 790,000 | (790,000) |
| Duran, Francisco | | 30,000 | 809,739 | (779,739) |
| 4064 Founders Club Drive, LLC | 3 | - | 660,000 | (660,000) |
| DaCorta, Michael | | 10,821 | 620,000 | (609,179) |
| Montie, Raymond | | 1,128,882 | 1,718,347 | (589,465) |
| Full Spectrum Wellness LLC | 4 | 697 | 584,837 | (584,141) |
| 6922 Lacantera Circle, LLC | 3 | - | 406,500 | (406,500) |
| 13318 Lost Key Place LLC | 3 | - | 256,119 | (256,119) |
| DaCorta, Joseph | | - | 215,500 | (215,500) |
| 4Oaks LLC | 1 | - | 195,000 | (195,000) |
| Cash | | 53,800 | 155,810 | (102,010) |
| Roar of The Lion Fitness LLC | 5 | - | 82,500 | (82,500) |
| DaCorta, Andrew | | - | 41,750 | (41,750) |
| Lagoon Investments Inc | 6 | - | 25,000 | (25,000) |
| Terranova, Danielle | | 100,000 | 123,647 | (23,647) |
| DaCorta, Steven | | - | 14,000 | (14,000) |
| DaCorta, Sergio & Ann | | - | 10,000 | (10,000) |
| Oasis Capital Management S.A. | | 100,555 | 101,000 | (445) |
| DaCorta, Michael & Carolyn | | 28,800 | - | 28,800 |
| Haas, Jennifer | | 48,300 | - | 48,300 |
| Oasis Group FX Limited | | 89,889 | - | 89,889 |
| Montie, Raymond & Terranova, Danielle | | 113,080 | - | 113,080 |
| Haas, Amanda | | 175,000 | 40,700 | 134,300 |
| | | **$ 1,942,750** | **$ 11,403,263** | **$ (9,460,513)** |

**Notes:**

**1)** Joseph S Anile II and Mary Anne E Anile are listed as the account signors on this entity's bank account.

**2)** Of the funds that were transfers to Oasis Global FX Limited, KM was able to determine that $250,000, was transferd to the Choice Bank Ltd account 6100 in Belize, $505,350 was transferred to the Wells Fargo account 1880 and $256,750 was transferred to an unknown account. KM could not determine the account number for these transfers as it was not included in the support provided by the financial institutions.

**3)** The funds transferred to this account was not used to purchase the property. Based on a review of the bank activity, it appears the funds were used to maintain the property in addition to other miscellanous activity.

Exhibit D

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**

## Payments to Insiders and Related Parties
## For the Period From November 22, 2011 through June 12, 2019

**Source:** Consolidated bank reconstruction

**4)** Joseph S Anile II is listed as the registered Agent for this entitiy and Oasis International Group, Ltd. Is listed as the Title Authorized Member for this entitiy.

**5)** Andrew M DaCorta and Michael DaCorta are listed as the account signors on this entity's bank account.

**6)** Michael DaCorta and Joseph S. Anile II are listed as the account signors on this entity's bank account.

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

# Exhibit E

Exhibit E.1

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**
**Tampa Division**

## Betsy Doolin Transactions

**Source:** Bank Records

| Date | Bank ID | Bank Account Name | Funds Received from Investor | Funds Paid to Investor |
|---|---|---|---|---|
| 12/30/14 | WF-9302 | Oasis Management, LLC | $ 50,000.00 | $ - |
| 04/29/15 | WF-9302 | Oasis Management, LLC | 10,000.00 | - |
| 12/07/16 | WF-9302 | Oasis Management, LLC | - | 8,000.00 |
| 01/11/17 | WF-9302 | Oasis Management, LLC | - | 6,000.00 |
| 02/06/17 | WF-9302 | Oasis Management, LLC | - | 5,000.00 |
| 03/07/17 | WF-9302 | Oasis Management, LLC | - | 6,000.00 |
| 04/11/17 | WF-9302 | Oasis Management, LLC | - | 4,500.00 |
| 05/08/17 | WF-9302 | Oasis Management, LLC | - | 4,000.00 |
| 06/12/17 | WF-9302 | Oasis Management, LLC | - | 5,400.00 |
| 07/11/17 | WF-9302 | Oasis Management, LLC | - | 3,100.00 |
| 08/07/17 | WF-9302 | Oasis Management, LLC | - | 4,100.00 |
| 09/11/17 | WF-9302 | Oasis Management, LLC | - | 4,200.00 |
| 10/02/17 | WF-9302 | Oasis Management, LLC | - | 3,100.00 |
| 11/08/17 | WF-9302 | Oasis Management, LLC | - | 3,800.00 |
| 12/12/17 | WF-9302 | Oasis Management, LLC | - | 3,400.00 |
| 01/02/18 | WF-9302 | Oasis Management, LLC | - | 4,300.00 |
| 01/12/18 | WF-9302 | Oasis Management, LLC | - | 3,200.00 |
| 03/12/18 | WF-9302 | Oasis Management, LLC | - | 7,600.00 |
| 05/11/18 | WF-9302 | Oasis Management, LLC | - | 2,300.00 |
| 08/10/18 | WF-9302 | Oasis Management, LLC | - | 1,913.04 |
| **Total** | | | **60,000.00** | **79,913.04** |
| **False Profits** | | | | **$ 19,913.04** |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

Exhibit E.2

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**
**Tampa Division**

## Bradley and Carrie Kantor Transactions

**Source:** Bank Records

| Date | Bank ID | Bank Account Name | Funds Received from Investor | Funds Paid to Investor |
|---|---|---|---|---|
| 03/19/15 | WF 0957 | Fundadminstration Inc F/B/O Oasis Global FX Limited | $ 50,000.00 | $ - |
| 06/25/15 | WF 0957 | Fundadminstration Inc F/B/O Oasis Global FX Limited | - | 760.13 |
| 04/01/16 | WF-9302 | Oasis Management, LLC | 32,250.00 | - |
| 05/05/16 | WF-9302 | Oasis Management, LLC | 35,000.00 | - |
| 08/03/16 | WF 0957 | Fundadminstration Inc F/B/O Oasis Global FX Limited | 250,015.50 | - |
| 10/31/16 | BOA-8346 | Fundadminstration Inc | - | 14,233.28 |
| 12/05/16 | BOA-8346 | Fundadminstration Inc | - | 20,083.18 |
| 01/18/17 | BOA-9631 | Fundadminstration Inc F/B/O Oasis Global (Nevis) Limited | - | 100,000.00 |
| 02/24/17 | BOA-9631 | Fundadminstration Inc F/B/O Oasis Global (Nevis) Limited | - | 139,000.00 |
| 12/05/17 | Citi-0764 | Fundadminstration Inc F/B/O | - | 116,300.71 |
| **Total** | | | **367,265.50** | **390,377.30** |
| **False Profits** | | | | **$ 23,111.80** |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

Exhibit E.3

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**
**Tampa Division**

## David Wilkerson Transactions

**Source:** Bank Records

| Date | Bank ID | Bank Account Name | Funds Received from Investor | Funds Paid to Investor |
|---|---|---|---|---|
| 05/22/12 | WF-9302 | Oasis Management, LLC | $ 1,000.00 | $ - |
| 05/29/12 | WF-9302 | Oasis Management, LLC | - | 266.57 |
| 08/01/16 | WF-9302 | Oasis Management, LLC | - | 9,000.00 |
| 06/18/18 | WF-9302 | Oasis Management, LLC | - | 7,365.21 |
| **Total** | | | **1,000.00** | **16,631.78** |
| **False Profits** | | | | **$ 15,631.78** |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

Exhibit E.4

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**
**Tampa Division**

## Entrust Group Inc. FBO Elizabeth McMahon Transactions

**Source:** Bank Records

| Date | Bank ID | Bank Account Name | Funds Received from Investor | Funds Paid to Investor |
|---|---|---|---|---|
| 02/10/12 | WF-9302 | Oasis Management, LLC | $ - | $ 10,000.00 |
| 07/11/16 | WF-9302 | Oasis Management, LLC | - | 10,000.00 |
| 12/05/16 | WF-9302 | Oasis Management, LLC | - | 10,000.00 |
| 07/06/17 | WF-9302 | Oasis Management, LLC | - | 10,000.00 |
| 10/11/17 | WF-9302 | Oasis Management, LLC | - | 10,000.00 |
| 02/28/18 | WF-9302 | Oasis Management, LLC | - | 25,000.00 |
| 04/04/18 | WF-9302 | Oasis Management, LLC | - | 35,000.00 |
| 09/19/18 | WF-9302 | Oasis Management, LLC | - | 10,000.00 |
| 12/28/18 | WF-9302 | Oasis Management, LLC | - | 20,000.00 |
| **Total** | | | **-** | **140,000.00** |
| **False Profits** | | | | **$ 140,000.00** |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

Exhibit E.5

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**
**Tampa Division**

## Joseph Martini Jr Transactions

**Source:** Bank Records

| Date | Bank-ID | Bank Account Name | Funds Received from Investor | Funds Paid to Investor |
|---|---|---|---|---|
| 07/16/13 | WF-9302 | Oasis Management, LLC | $ - | $ 25,000.00 |
| 11/25/15 | WF-9302 | Oasis Management, LLC | - | 10,000.00 |
| 02/09/16 | WF-9302 | Oasis Management, LLC | - | 10,000.00 |
| 07/18/16 | WF-9302 | Oasis Management, LLC | - | 10,000.00 |
| 09/26/16 | WF-9302 | Oasis Management, LLC | - | 145,000.00 |
| **Total** | | | **-** | **200,000.00** |
| **False Profits** | | | | **$ 200,000.00** |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

**Exhibit E.6**

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**

**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**
**Tampa Division**

## Joseph Martini Sr. Transactions

**Source:** Bank Records

| Date | Bank-ID | Bank Account Name | Funds Received from Investor | Funds Paid to Investor |
|---|---|---|---|---|
| 06/06/12 | WF-9302 | Oasis Management, LLC | $ - | $ 7,500.00 |
| 07/10/12 | WF-9302 | Oasis Management, LLC | - | 15,000.00 |
| 08/30/12 | WF-9302 | Oasis Management, LLC | - | 200,000.00 |
| 11/20/12 | WF-9302 | Oasis Management, LLC | - | 3,000.00 |
| 12/02/13 | WF-9302 | Oasis Management, LLC | - | 5,000.00 |
| 05/27/14 | WF-9302 | Oasis Management, LLC | - | 10,000.00 |
| 11/28/14 | WF-9302 | Oasis Management, LLC | - | 4,000.00 |
| 01/13/15 | WF-9302 | Oasis Management, LLC | - | 3,000.00 |
| 11/17/17 | WF-9302 | Oasis Management, LLC | - | 50,000.00 |
| 12/18/17 | WF-9302 | Oasis Management, LLC | - | 200,000.00 |
| **Total** | | | **-** | **497,500.00** |
| **False Profits** | | | | **$ 497,500.00** |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

Exhibit E.7

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**
**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**
**Tampa Division**

## Offer Attia Transactions

**Source:** Bank Records

| Date | Bank ID | Bank Account Name | Funds Received from Investor | Funds Paid to Investor |
|---|---|---|---|---|
| 05/25/12 | WF-9302 | Oasis Management, LLC | $ 15,000.00 | $ - |
| 07/03/12 | WF-9302 | Oasis Management, LLC | 25,000.00 | - |
| 07/31/12 | WF-9302 | Oasis Management, LLC | 10,000.00 | - |
| 11/06/12 | WF-9302 | Oasis Management, LLC | 13,000.00 | - |
| 01/04/13 | WF-9302 | Oasis Management, LLC | 29,020.00 | - |
| 03/01/13 | WF-9302 | Oasis Management, LLC | - | 28,009.92 |
| 05/06/13 | WF-9302 | Oasis Management, LLC | - | 26,678.00 |
| 06/06/13 | WF-9302 | Oasis Management, LLC | - | 25,000.00 |
| 09/13/13 | WF-9302 | Oasis Management, LLC | - | 24,000.00 |
| 01/16/15 | WF-9302 | Oasis Management, LLC | - | 2,579.37 |
| **Total** | | | **92,020.00** | **106,267.29** |
| **False Profits** | | | | **$ 14,247.29** |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

Exhibit E.8

**Burton W. Wiand as Receiver for Oasis International Group, LTD.; Oasis Management, LLC; and Satellite Holdings Company, Plaintiff,**
**v.**
**Chris and Shelley Arduini, Et Al., Defendants.**

**Case No.: 8:20-CV-00862**
**United States District Court**
**Middle District of Florida**
**Tampa Division**

## Tim Hunte DBA KATT Distribution Transactions

**Source:** Bank Records and Proof of Claim Form

| Date | Bank ID | Bank Account Name | Funds Received from Investor | Funds Paid to Investor |
|---|---|---|---|---|
| 10/06/17 | WF-9302 | Oasis Management, LLC | $ 16,000.00 | $ - |
| 01/02/18 | WF-9302 | Oasis Management, LLC | - | 25,000.00 |
| 04/06/18 | WF-9302 | Oasis Management, LLC | - | 11,898.94 |
| 05/21/18 | WF-9302 | Oasis Management, LLC | - | 4,101.06 |
| 05/25/18 | WF-9302 | Oasis Management, LLC | 4,101.06 | - |
| 10/16/18 | Citi-0764 | Fundadminstration Inc F/B/O | - | 31,327.74 |
| **Total** | | | **20,101.06** | **72,327.74** |
| **False Profits** | | | | **$ 52,226.68** |

**SEE EXPERT REPORT DATED JANUARY 12, 2021**

# Qualifications

## *Melissa Davis, CPA, CIRA, CFE*

mdavis@kapilamukamal.com



Melissa Davis is a Partner at *KapilaMukamal, LLP.* She joined the firm in 1998. Her practice concentrates on insolvency and fiduciary matters. Ms. Davis has qualified as an expert in federal court, testified in trials, hearing and depositions. She has served as a court appointed Assignee for the Benefit of Creditors and as Plan Trustee in Chapter 11 bankruptcy matters. She has worked on numerous high profile cases.

### *Professional Experience*

Ms. Davis concentrates on providing bankruptcy, litigation and forensic investigation services to debtors, creditors, receivers, assignees, bankruptcy trustees, examiners and liquidating trusts. Her practice also includes forensic accounting, fraud investigations and litigation support and family law matters.

Ms. Davis has served as a financial advisor to fiduciaries operating distressed companies in a variety of industries including mobile fueling, health insurance, real estate, retail, hospitality, assisted living facilities/nursing homes, metal extrusion, stevedoring, hedge funds and waste management. Her experience includes distressed business operations, management, preservation of collateral and asset divestiture services.

Ms. Davis has investigated fraudulent and preferential transfers, prepared defense, solvency and liquidation analyses. She has worked on asset tracing, tracing of commingled funds, provided litigation support and damage calculation services, including forensic and securities fraud investigations and corporate business conduct analysis. Ms. Davis has extensive experience in fraud and Ponzi-scheme investigations and commingled funds tracing analysis. Her forensic and fraud investigations have involved working in conjunction with the Securities and Exchange Commission (SEC.), the Federal Trade Commission (FTC), the Federal Bureau of Investigation (FBI) and various United States Attorneys Offices.

Ms. Davis has testified in court and depositions and served as Plan Trustee and court appointed Assignee for the Benefit of Creditors.

### *EDUCATION / QUALIFICATIONS*

**Certified Public Accountant (CPA) - Florida**
**Certified Insolvency and Restructuring Advisor (CIRA)**
**Certified Fraud Examiner (CFE)**

**Florida Atlantic University, Boca Raton, Florida —**
**Bachelor of Business Administration,**
**Major in Accounting,**

### *AREAS OF EXPERTISE*

**Forensic Accounting**
**Bankruptcy and Insolvency**
**Creditors Rights**
**Restructuring**
**Financial Transactions Litigation**
**Complex Commercial Litigation**

### *PROFESSIONAL AFFILIATIONS*

**American Institute of Certified Public Accountants**
**Florida Institute of Certified Public Accountants**
**Association of Insolvency & Restructuring Advisors**
**Association of Certified Fraud Examiners**
**American Bankruptcy Institute**
**International Women's Insolvency & Restructuring Confederation**
**Bankruptcy Bar Association, Southern District of Florida**

**National Association of Federal Equity Receivers**

Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

Melissa Davis, CPA, CIRA, CFE
mdavis@kapilamukamal.com

## SPEAKING ENGAGEMENTS

American Bankruptcy Institute (abiLIVE) Webinar— ***"COVID-19: Fraud Schemes, Relief Act Forgiveness Fraud and International Commercial Fraud Issues"*** - August 2020

Florida Attorney General Consumer Protection Fall Conference, 2018—"***Tracing Commingled Funds***"

American Bankruptcy Institute 2017 Annual Spring Meeting—***"Fraudulent Transfers—The Long Claw of The Law"*** - April 2017

IWIRC 23rd Annual Fall Conference—***"The Dissection of a Ponzi Scheme"*** - October 2016

Florida Institute of Certified Public Accountants – North Dade/South Broward Chapter – ***"Tracing Commingled Funds"*** - July 2016

Jacksonville Bankruptcy Bar Association 23rd Annual Bankruptcy Seminar – ***"E-Discovery in Bankruptcy: Why Should You Care?"*** - August 2015

American Bankruptcy Institute 2015 Southeast Bankruptcy Workshop – ***"Time for Trial: Evidentiary Issues in Bankruptcy Litigation"*** - July 2015

Central Florida Bankruptcy Law Association – ***"What Do Boy Bands and Healthcare Have in Common"***, -July 2014

Florida Bar Business Law Section – ***"Professional Fiduciaries: Responsibilities and Duties"*** - May 2014

Tampa Bay Bankruptcy Bar Association – ***"What Do Boy Bands and Healthcare have in Common"*** - March 2014

Bankruptcy Bar Association of the Southern District of Florida – ***"Valuation Issues in Bankruptcy"*** - May 2013

American Bankruptcy Institute Southeast Regional Conference – ***"Ponzi Schemes and Barring Claims Against the Guilty"*** - July 2012

## PUBLICATIONS

***"New Receivership Act Streamlines Receiver's Role for Lenders, Other Stakeholders"*** - Daily Business Review (Sept. 2020)

***"Eye of the Evaluator—The Role of Contingent Liabilities in an Insolvency Analysis"*** - American Bankruptcy Institute Journal—(April, 2018)

**"Tracing Commingled Funds in Fraud Cases"** - ABI, Commercial Fraud Committee On-Line Article (June 2017)

***"Fraud and Forensics: Piercing Through The Deception In A Commercial Fraud Case"*** – American Bankruptcy Institute – (2015)

***"Ponzi Schemes: Fiduciaries May Be The Saving Grace"***, ABI Journal (2014)

***"A Health Care Fraud and Bankruptcy Primer"***, Southern District of Florida Bankruptcy Bar Association Journal (2014)

***"Rising Tide in the Wake of Ponzi,"*** ABI Journal (2013)

## ACCOMPLISHMENTS

**Top CPAs and Litigation Support Professionals—**South Florida Legal Guide, 2015—2019

## CIVIC, VOLUNTEER AND PHILANTHROPIC

### Past and Present

**American Bankruptcy Institute—**

- Co-chair Commercial Fraud Committee (2016-2019)
- Advisory Board—ABI Southeast Regional Conference (2017-2019)
- Advisory Board—ABI Caribbean Insolvency Symposium (2016-2018)

**Credit Abuse Resistance Education (C.A.R.E.) -**Volunteer

**Nicholas Doret Memorial Fund**—Fundraising coordinator

**Summit Questa Montessori School**—PTO Board Member 2013-17

**Leukemia & Lymphoma Society**—Team in Training Participant and Volunteer 2012-2014

**Women in Distress of Broward County** —Annual Back to School and Thanksgiving Drives 2011-2019

*KapilaMukamal, LLP*
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Main 954-761-1011
Direct 954-712-3205
*www.kapilamukamal.com*

Case 8:19-cv-01869-MWF-SHK Document 43-2 Filed 01/09/25 Page 46 of 48 Page ID #:232

**Melissa Davis, CPA, CIRA, CFE**
**Case Experience**

**Trial and Hearing Testimony**

Yuval Lugassy v. Shay Lugassy
Case No. CACE-19-007017
Client – Lagaci, Inc
Forensic Accounting Expert
Attorney Contact – Daniel Gielchinsky – Law Office of Daneil Y. Gielchinsky

Webster Business Credit Corporation v. Donald Woodrow Smith
Case No. 8:17-bk-04591-CPM
Client – Webster Business Credit
Forensic Accounting Expert
Attorney Contact – Scott Underwood – Buchanan Ingersoll & Rooney

Stemtech International, Inc.
Case No. 17-11380-RBR
Client – Official Committee of General Unsecured Creditors
Feasibility
Attorney Contact – Paul Singerman – Berger Singerman

SEC v. Robert H. Shapiro, Woodbridge Group of Companies, LLC et. al.
Case No.17-12560-KJC
Client – Securities and Exchange Commission
Forensic Accounting
Attorney Contact – Russell Koonin

FTC v. Hispanic Global Way, LLC
Case No. 1:14-cv-22018-CMA
Client – Jonathan Perlman, Receiver
Forensic Accounting
Attorney Contact – Jesus Suarez, Genovese Joblove & Battista, PA

United States of America v. Joseph Signore, et al
Case No. 14-80081-CR-Hurley
Client – James D. Sallah, Receiver for JCS Enterprises, et. al.
Expert Witness - Forensic Accounting, Ponzi Schemes
Attorney Contact – Ellen Cohen, Assistant U.S. Attorney

United States of America v. Craig Allen Hipp
Case No. 14-80081-CR-Hurley
Client – James D. Sallah, Receiver for JCS Enterprises, et. al.
Expert Witness - Forensic Accounting, Ponzi Schemes
Attorney Contact – Ellen Cohen, Assistant U.S. Attorney

Sherry Frederickson v. Ivan Frederickson a/k/a Tucker Frederickson et. al.
Case No. 2015CA00581XXXXMBAD
Client – Sherry Frederickson
Expert Witness - Forensic Accounting/asset tracing
Attorney Contact – Jack Scarola, Searcy Denney Scarola Barnhart & Shipley, PA

**Melissa Davis, CPA, CIRA, CFE**
**Case Experience**

Rothstein Rosenfeldt Adler, PA
Case No. 09-34791-RBR Chapter 11
Client – Robert Furr, Chapter 11 Trustee Banyon 1030-32
Forensic Accounting
Attorney Contact – Russell Blain, Stichter Riedel, Blain & Prosser, PA – Tampa, FL

FTC v. American Precious Metals, LLC
Case No. 11-61072-CIV-ZOLCH
Client – David Chase, Receiver for American Precious Metals, LLC
Forensic accounting/asset tracing
Attorney contact – Patrick Rengstl, Levine Kellogg Lehman, Schneider & Grossman - Miami

Ocean Bank v. Lexington Place Associates, LLC
Case No. 08-CA-2750
Client – Ocean Bank
Forensic accounting/asset tracing
Attorney Contact – James Robinson, White & Case - Miami

Atlantic Rolloff Services, Inc.
Case No. 06-11592-PGH
Client: Kenneth A. Welt, Chapter 11 Trustee of Atlantic Rolloff Services, Inc.
Asset sale/allocation accounting
Attorney contact – Daniel Gonzalez, Meland Russin & Budwick - Miami

**Deposition Testimony**

CFTC v. Jason B. Scharf (d/b/a Citrades.com) et. Al.
Case No. 17-cv-774-J-32MCR
Client: Kenneth Murena, Receiver
Forensic Accounting Expert
Attorney contact – Russel Landy, Damian & Valori - Miami

Securities and Exchange Commission v. JCS Enterprises, Inc. et. al.
Case No. 14-CV-80468
Client – James Sallah, Receiver for JCS Enterprises, Inc. et. al.
Forensic accounting
Attorney Contact – Patrick Rengstl, Sallah Astarita & Cox, LLC – Boca Raton

Amalie Oil Company v. TC Chemicals
Case No. 8:18-cv-1155-T-36AAS
Client – TC Chemicals
Damages
Attorney Contact – Eric Johanson – Jennis Law – Tampa, FL

Banyon 1030-32 v. Maple Leaf Drilling Partners, et. al.
Case No. 13-01297-RBR
Client – Robert Furr, Chapter 11 Trustee Banyon 1030-32
Forensic Accounting

**Melissa Davis, CPA, CIRA, CFE**
**Case Experience**

Attorney Contact – Scott Stichter, Stichter Riedel, Blain & Prosser, PA – Tampa, FL

Melanie Damien as Receiver for the Estate of Aubrey Lee Price v. KM Homes, LLC
Case No. 1:12-CV-03977-TCB
Client – Melanie Damian
Forensic Accounting
Attorney Contact- Guy Giberson, Damian & Valori – Miami, FL

Rothstein Rosenfeldt Adler, PA
Case No. 09-34791-RBR Chapter 11
Client – Robert Furr, Chapter 11 Trustee Banyon 1030-32
Forensic Accounting
Attorney Contact – Russell Blain, Stichter Riedel, Blain & Prosser, PA – Tampa, FL

PSN Liquidating Trust, Plaintiff v. Intelsat Corporation
Case No. 02-11913-BKC-AJC Chapter 11
Client – Soneet R. Kapila, Examiner for PSN Liquidating Trust
Expert Witness - Insolvency
Attorney Contact – Edward Griffith, Bolatti Griffith – New York