# Abe Cofnas

734 Riverbend Blvd, Longwood, Fl 32779 ● Cell: 407-718-4697 ● abecofnas@gmail.com


## Professional Summary

Mr. Cofnas is a top-level seminar speaker, author and presenter in the U.S. and abroad. His expertise focuses on currency markets, with 25 years of experience in market analysis, training and trading. He has mentored and coached thousands of students across the globe. His coursework design generated over $4.5 million in sales. He is a Series 3 Commodity Trader, managing and trading in Futures markets, over $2million. His company Learn4x.com LLC. (renamed Cofnas Trading LLC) is a Registered NFA Commodity Trading Advisor.

## Skills

Lecturer Author
Forex market analyst
Instructional Design
Trainer and Trader Product Development
Media presenter (CNBC Arabia), (China Sales
Fortune TV, Shanghai)

## Work History

***Homily Stone- Beijing* –**Lecturer on Shanghai Market – June 8, 2019
***Eunex-Asia-*** *Speaker at Malaysia Conference in March 2019*
***sSenior Fundamental Strategist 03/2016 to 05/2017***
***Market Traders Institute – Orlando, Florida***
*Conducted weekly fundamental analysis of market forces shaping forex. Created and authored forex trading courses and strategies combining fundamental, technical, and sentiment analysis. Prepared and presented lectures to over 1,000 students.*

***Forex Analyst /Senior Trainer, 01/2015 to 02/2017***
***Weido Investment Corporation – Shanghai, China***
*On location in 2015- Designed and delivered forex courses for Chinese traders. Conducted seminars in Shanghai, and Beijing. Appeared weekly on China Fortune Television analyzing global markets. In 2016, provided on-line analysis from the U.S.*

***Editor, 01/2010 to 04/2012***
*Agora Financial, LLC – Baltimore, Maryland*
*Created a weekly newsletter, entitled "Strategic Currency Trader", and "Fear and Greed Trader". The newsletter presented diagnosis of glob*al markets, and identified positions and momentum trading opportunities in currencies, commodities, and equity markets.

**Forex Trader Columnist, 01/2001 to 2018**

**Modern Trader – Chicago, Illinois**

Bi-monthly columnist who has authored over 120 "Forex Trader" articles.

**Founder and President, 01/2001 to Current**

**Learn 4x.com LLC (renamed Cofnas Trading LLC)– Longwood, Florida**

~~One of the first for~~ex companies that provides training, and coaching to students online, on location, and in seminars in the U.S and abroad. Engagements include, CMC Markets (NYC), Vantage FX (Sydney Australia), Homily Charting (Singapore), Freedom Financial (Shanghai), Online Trading Academy (Dubai), IG Markets (Amsterdam & Paris), Star Options (Macau).

**PUBLICATIONS**

The Forex Trading Course- (Second Edition 2015 Wiley)
The Forex Trading Course- (Chinese Translation 2016)
Trading Binary Options- (Second Edition 2016 Bloomberg Press)
Trading Binary Options- (Spanish Translation 2015)
Sentiment Indicators- (2010 Bloomberg Press)
The Forex Trading Cours (Wiley 2015)
Sentiment Indicators (Bloomberg Press, 2011)
Trading Binary Options,(Bloomberg Press 2016)
The Forex Options Course- (2008 Wiley)
Planet Forex (2018 Palgrave Macmillan)

**WEBSITES**

www.learn4x.com

www.theGoldSentimentReport.com

]

## Education

Master of Arts: Political Science, Graduate School of Political Science , Berkeley,

California Master of Arts: Public Policy, Graduate School of Public Policy, Berkeley,

California