UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
-------------------------------------------------X
UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL DACORTA,

Defendant.
-------------------------------------------------X

AFFIDAVIT OF ABE COFNAS
Docket No.: 8:19-cr-605-WFJ-CPT

ABE COFNAS, being duly sworn, deposes and says the following:

1. I was originally retained to testify in the trial of Mike DaCorta; however, I was not called to testify as an expert. If I had been called, I would have testified as follows:

MARKET MAKING

2. After careful review of the testimony given by Matthew Childers at Mr. DaCorta's criminal trial, I would have testified to the following at trial:
3. Mr. Childers claims that Oasis was not and did not operate as a Market Maker. This discussion is a deliberate distraction to the Jury, because I would have pointed out that while Oasis was not officially and contractually obligated to be a Market Maker, the Oasis trading record shows that in a large number of trades, Oasis provided the role of market maker.
4. A Market Maker provides liquidity. It Buys or Sells positions and allows the market to function. The key indicator that the Market Making function is working, is the duration of a position. If a Bid or Ask for a Currency Pair stays open for more than a short period, such as a few seconds, it means there is no liquidity.
5. Here is an example, as an analogy. Let's say I want to Sell my home. I place an OFFER or an ASK on the market. I wait for a Bid and no one is coming back and Bidding. So, there is

little liquidity for the OFFER of my house. Let's say further that, Company X, a corporate investment group, sees this long period of no BIDS and Meets my OFFER. Company X is Making a Market and then goes on to Flip the House. The testimony only focused on examples where there was obviously No Market Making. However, this is misleading, as Oasis did, in instances, Make a Market as it did trade on large positions that were waiting to be closed. The Oasis trades can be characterized as Market Making because big positions do provide liquidity.

TRADING ACTIVITY

6. Oasis's trading activity, which involved simultaneous Buying and Selling of Currency Pairs was characterized by Mr. Childers as having no legitimate economic benefit. This conclusion is simply wrong. Simultaneous Long and Short Positions is a legitimate trading strategy called a Straddle. Mr. Childers falsely states that these types of positions would not make money. However, that is not true. The strategy makes money if the exits of either position are executed in a way that is profitable. Straddling can be profitable, and the general statement that it is not is simply false.
7. The prosecution did not show any quantification of how many Straddle trades there were, and whether they only generated net losses. Had I testified, Exhibits of actual trades would show that the Straddle strategy is not an irresponsible strategy, profits can be made, and it is false to say that this strategy has no possible profits.
8. The testimony, in fact, showed that Oasis was indeed profitable for 21 months. This is very important because it shows that during the profitable months, Spreads, and Straddles , as well as other trading did not prevent profits.

9. Exhibits would have shown a clear understanding what trading tactics and strategies contributed to the profitable periods. The assertion by that Oasis was Reckless is not tenable.

SPREAD FEES

10. It was asserted that Oasis intended to create the illusion of Spread Pay, i.e. the fees collected from the spread on trades. Both SpotFX, and ATC received millions of dollars of Spread Fees. This was real money, not an accounting trick, and should have been pointed out to the jury. The testimony misled the Jury to think that the Mark Up was fictional by taking money from one pocket and putting it in another pocket. This is a misinterpretation of the role of the Spread Fee. The Spread should be understood as a Cash Flow mechanism, allowing Oasis to have a predictable ability to take Cash out for corporate purposes, among which is to pay lenders their note obligations.

11. Consider the situation where Oasis would not create a Spread Fee: Its obligations to fulfill the Promissory note of 1% per month would require some other way of extracting cash. There is no profit-sharing obligations of Oasis to the lenders. Without Spread Fees or Mark Ups, Oasis would need to establish a Line of Credit against its Assets and draw on that line of Credit. So, the Spread Fee was in-effect Oasis creating a method of generating Cash in a systematic way. In short, the Spread Fees had huge economic value to the Company as it eliminated the need to obtain outside lines of Credit, which would have been difficult for companies that Traded the market.

OASIS TRADING STRATEGY

12. Mr. Childers referred to Incredibly Risky positions. However, Oasis Trading was legally and legitimately traded using high leverage, authorized under the supervision of ATC. The Jury was given the false impression that Oasis position sizes and holding long positions

were not legitimate and had position bias. There is nothing wrong with position bias. The Jury was given the false impression that Oasis was doing illegitimate and illegal activity. This is completely false.

13. The testimony shows that the Oasis traded against ATC, showing Oasis was a price taker from ATC. Oasis had to operate and did operate under the regulatory rules of ATC. There was no mention of this in any of the testimony from Mr. Childers. Because Oasis operated through ATC, Oasis, per force, conducted all trading operations in compliance with the regulatory and legal structure. Any statement to the contrary is a misrepresentation.

14. Silver Bullion Purchase: Mr. Childers testified that the Oasis purchase of Silver Bullion, was somehow illegal and not part of an overall healthy risk profile. To the contrary, Oasis activity in purchasing bullion was part of its asset allocation diversification and reduced overall risk as it was not correlated with trading. The testimony that this was reckless and not conducive to risk aversion is simply not true.

15. The silver trades were presented as being extremely large positions. Once again, the testimony cited the Silver trades as being not possible in the US. But the Oasis silver trades of 3.6 million ounces of silver, were legal as they were NOT a US based trading operation.

16. The Oasis position in silver was vindicated because had the position been held a few months longer and not sold off by the receiver, Oasis would have turned a handsome profit.

Date: July ~~23~~ 24, 2025

Abe Cofnas

Signed before me on the 24
Day of July 2025

Notary Public

STEVEN M. EISENBERG
Notary Public, State Of Florida
Commission No. HH 351598
My Commission Expires: 4/30/2027